**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Miguel Flores v. David Aguero

Appellate case number:    01-18-00807-CV

Trial court case number:  1097002

Trial court:             County Civil Court at Law No. 3 of Harris County

On November 8, 2018, the court reporter filed a notice that the reporter's record was not filed because appellant either had not requested it or had not made financial arrangements. Appellant was advised that unless the court received written proof by December 12, 2018 that arrangements had been made for the preparation and filing of the reporter's record, he might be required to file a brief without a reporter's record. We received no response.

Accordingly, the court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellant's brief must be filed **no later than 30 days after the date of this order**.

Appellees' brief will be due within 30 days after appellants' brief has been filed. It is so ORDERED.

Judge's signature: \_\_\_\_/s/ Richard Hightower_____
                    ☒ Acting individually    ☐ Acting for the Court

Date: \_\_January 24, 2019\_\_\_\_